**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Phillip Earl Helms, Appellant.

Appellate Case No. 2014-000758

———————————

Appeal From Lexington County
DeAndrea G. Benjamin, Circuit Court Judge

———————————

Unpublished Opinion No. 2016-UP-165
Submitted December 1, 2015 – Filed April 6, 2016

———————————

**APPEAL DISMISSED**

———————————

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Interim Senior Assistant Deputy Attorney General John Benjamin Aplin, both of Columbia, for Respondent.

———————————

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, A.C.J., and WILLIAMS and THOMAS, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.